```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------

MAIN STREET BASEBALL, LLC and
CLARK MINKER,

                    Plaintiffs,

    -v-                                              3:15-CV-380

BINGHAMTON METS BASEBALL CLUB,
INC. and BEACON SPORTS CAPITAL
PARTNERS, LLC,

                    Defendants.

---------------------------------
```

APPEARANCES:                                OF COUNSEL:

COUGHLIN & GERHART, LLP                     OLIVER N. BLAISE, III, ESQ.
Attorneys for Plaintiffs
P.O. Box 2039
Binghamton, NY 13902

SHAPIRO WEISSBERG & GARIN, LLP              MAX D. STERN, ESQ.
Attorneys for Plaintiffs
90 Canal Street
5th Floor
Boston, MA 02114

DAVID N. HURD
United States District Judge

## **ORDER TO SHOW CAUSE**

Plaintiffs have filed a motion seeking an order directing defendants to show cause why a preliminary injunction should not be entered enjoining them from discussing, negotiating, or agreeing with any other party concerning the sale of the Binghamton Mets Club, Inc.

Upon review of plaintiffs' amended complaint, the affidavit of David Heller, the attorney affirmation of Oliver N. Blaise, III, Esq., the memorandum of law in support of the motion for an order to show cause, and all exhibits attached thereto, it is

ORDERED that

1. Defendants or their attorneys are directed to appear on Wednesday, April 15, 2015, at 10:00 a.m. at the United States District Courthouse located at 10 Broad Street in Utica, New York, to show cause why an order should not be entered, pursuant to Federal Rule of Civil Procedure 65 and Local Rule 7.1(f), granting plaintiffs a preliminary injunction enjoining defendants, their agents, servants, employees, and any person acting in concert with them from discussing, negotiating, or agreeing with any other party concerning the sale of the Binghamton Mets Club, Inc.;

2. Plaintiffs shall serve upon all defendants or their counsel a copy of this Order, together with a copy of the aforementioned papers upon which the same is granted, on or before Friday, April 3, 2015, at 5:00 p.m.;

3. Defendants shall file responsive papers, if any, on or before Friday, April 10, 2015, at 12:00 noon;

4. Plaintiffs will suffer irreparable harm if not granted immediate temporary relief pending a decision on this motion for a preliminary injunction; and

5. Defendants, their agents, servants, employees, and any person acting in concert with them are TEMPORARILY RESTRAINED from discussing, negotiating, or agreeing with any other party concerning the sale of the Binghamton Mets Club, Inc.

IT IS SO ORDERED.

_____
United States District Judge

Dated: April 2, 2015 (2:00 p.m.)
      Utica, New York.